# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

## CONSENT FORM -- IN FORMA PAUPERIS PROCEEDINGS

CASE NAME: Leal v. Pinkerton et al CASE NUMBER: 24-cv-105-NJR

**Instructions to Incarcerated Plaintiff/Petitioner:**

By completing this form, which incorporates provisions of the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), you are authorizing the Institution where you are confined ("the Institution") to pay to the Clerk of the United States District Court, Southern District of Illinois, the $350.00 district court filing fee ("filing fee") from your prison account for this action.

1. So that I may file this action, I, Jorge Luis Leal (print name), ID # 14448-025, authorize officials at the Institution to withdraw a first payment from my account that will be applied toward the filing fee. Institution officials are authorized to pay to the Clerk this first payment from funds in my account as soon as they become available. This first payment will be the greater of the following amounts:
(a) 20% of the average monthly deposits to my account for the 6-month period immediately preceding the date I filed this action (as noted above); or
(b) 20% of the average monthly balance in my account for that 6-month period.
Institution officials are authorized to pay to the Clerk this first payment from funds in my account as soon as they become available.

2. I further authorize Institution officials to make additional monthly payments from my account until the balance of the filing fee is paid. These additional monthly payments will be equal to 20% of all of the preceding month's deposits to my account. Institution officials shall make monthly payments for me by deducting from my account all monies on deposit in excess of $10.00 until the full filing fee is paid.

3. If, before I have paid the filing fee, the Court disposes of my case, I authorize the Institution to continue making monthly payments to the Clerk of this Court until the full amount of the filing fee is paid. This means that regardless of the Court's disposition of my case, I MUST STILL PAY THE ENTIRE FILING FEE.

4. Additionally, the Court may enter a JUDGMENT AGAINST ME FOR PAYMENT OF COSTS at the conclusion of this matter to include any unpaid portion of the required filing fee. If the Court does so, I also authorize prison officials or custodial agents to pay from my prison account to the Clerk of this Court THE FULL AMOUNT OF THE COSTS ORDERED, using the installment payment plan explained above.

5. If I am transferred to another prison or custodial agency, I hereby consent that this authorization will continue to apply, and the new prison or custodial agency shall assume the duties of collecting and forwarding any remaining monthly payments to the Clerk of this Court.

Signature of Plaintiff: [signature] Date: 02/06/2024

When this form is complete and signed, return it to the following address:

**Clerk of the Court**
**United States District Court**
**Southern District of Illinois**
**750 Missouri Avenue**
**East St. Louis, Illinois 62201**

Jorge Luis Leal
Reg. No. 14448-025
FCI Forrest City Low
P.O. Box 9000
Forrest City, AR 72336

MEMPHIS TN 380
13 SEP 2024 PM 3 L

FREEDOM
FOREVER/USA

MAIL CLEARED
US MARSHALS

14448-025
Court Clerk East St Louis
750 Missouri AVE
E Saint Louis, IL 62201
United States

62201$9999

RECEIVED
SEP 17 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE