10/19/25

Clerk of Court,

This is a notice of change of address. I now reside at:

Diersen Charities
1629 Winchester Rd
Memphis, TN 38116

Any legal mail pertaining to active cases: 24-2254-JPG (Leal v. USA), 3:22-cv-01172-RJD (Leal v. Pinkerton, et al), and 2024-cv-00105-NJR (Leal v. Pinkerton, et al) shall be sent to the above address please.

Thank you,

[signature]

(Jorge Leal)

Jorge Leal (11448025)
Diersen Charities
1629 Winchester Rd
Memphis, TN

MEMPHIS TN 380
20 OCT 2025 PM 2 L




1775 2025

Clerk
US District Court
750 Missouri Ave.
E. St. Louis, IL 62201

MAIL C

62201-295429

RECEIVED

OCT 22 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE