Dec. 11, 2025

Clerk of the Court,
This is a notice regarding my new address. I now reside at:

1286 Windcrest Dr.
Union City, TN 38261

Any correspondence pertaining to active cases no. 22-CV-1172 and 24-CV-105 shall be sent to this new address.

Sincerely,
(Jorge Leal)

Jorge Leal
1286 Wind Crest Dr.
Union City, TN 38261

MEMPHIS TN 380
12 DEC 2025 PM 2 L

FOREVER USA 2024

IL CLEARED

Clerk
US District Court
780 Missouri Ave.
East St. Louis, IL 62201

62201-293380

RECEIVED
DEC 15 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE